AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DYK, TIMOTHY B. | FEDERAL CIRCUIT | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $332.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | NYU LAW SCHOOL - SALARY |
| 2. | 2012 | STATE OF MARYLAND - HONORARIA $1,500 |
| 3. | 2012 | WASHINGTON UNIVERSITY - HONORARIA $3,500 |
| 4. | 2012 | PODESTA GROUP INC - CONSULTANT |
| 5. | 2012 | DUKE UNIVERSITY - HONORARIA $ 26,402 |
| 6. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU SCHOOL OF LAW | 01/25 - 01/26/2012 | NEW YORK NY | EDUCATIONAL PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($238,500) | | None | N | S | | | | | |
| 2. CARLYLE FUND | E | Dividend | N | T | | | | | |
| 3. CITIBANK BK DPT | A | Interest | L | T | | | | | |
| 4. I SHARES S&P NEW YORK BOND FUND | C | Interest | M | T | | | | | |
| 5. FIRST NIAGRA FINANCIAL (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6. JAPAN EQUITY FUND | A | Dividend | K | T | | | | | |
| 7. APACHE (COMMON STOCK) | A | Dividend | L | T | Buy | 11/12/12 | L | | |
| 8. DEUTCHE TELECOM (COMMON STOCK) | C | Dividend | K | T | | | | | |
| 9. BANK OF AMERICA (COMMON STOCK) | A | Dividend | L | T | Sold (part) | 10/08/12 | K | | |
| 10. DEVON ENERGY CORP (COMMON STOCK) | A | Dividend | M | T | Buy | 12/28/12 | M | | |
| 11. LEUCADIA NATL CORP (COMMON STOCK) | A | Dividend | K | T | Buy | 11/19/12 | K | | |
| 12. OCCIDENTAL PETROLIUM (COMMON STOCK) | A | Dividend | L | T | Buy | 12/13/12 | L | | |
| 13. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | M | T | | | | | |
| 14. NUVEEN MUNICPAL OPP FUND | C | Interest | L | T | Buy | 03/29/12 | L | | |
| 15. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | M | T | Buy (add'l) | 04/11/12 | K | | |
| 16. VANGUARD MONEY MARKET FUND T/E | D | Dividend | P1 | T | | | | | |
| 17. NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I-SHARES US PREFERRED STOCK INDEX | D | Dividend | L | T | | | | | |
| 19. NORTHWEST BANK SHARES (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 20. ABB LIMITED (COMMON STOCK) | B | Dividend | L | T | Buy (add'l) | 12/05/12 | K | | |
| 21. GENERAL MOTORS (COMMON STOCK) | | None | L | T | | | | | |
| 22. TOTAL S.A. (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 23. NORTHWEST BIOTHERAPUTICS (COMMON STOCK) | | None | K | T | Buy | 11/28/12 | L | | |
| 24. | | | | | Buy (add'l) | 12/07/12 | K | | |
| 25. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | J | T | | | | | |
| 26. CAPITOL FEDERAL FINANCIAL (COMMON STOCK) | A | Dividend | | | Sold | 09/10/12 | K | B | |
| 27. BRIGHT PT INC (COMMON STOCK) | | None | | | Sold | 10/16/12 | J | | |
| 28. ASTORIA FINANCIAL (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 29. HARRIS INTERACTIVE INC (COMMON STOCK) | | None | J | T | | | | | |
| 30. OSI SYSTEMS INC (COMMON STOCK) | | None | K | T | | | | | |
| 31. POWERWAVE TECH INC (COMMON STOCK) | | None | J | T | | | | | |
| 32. SIRONA DENTAL SYSTEMS INC (COMMON STOCK) | | None | K | T | | | | | |
| 33. TELEFONICA SA (COMMON STOCK) | B | Dividend | | | Sold | 10/08/12 | K | | |
| 34. TETRATECH INC (COMMON STOCK) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED NATURAL FOODS (COMMON STOCK) | | None | K | T | | | | | |
| 36. CAPMARK BANK CD DUE 07/16/12 | A | Interest | | | Redeemed | 07/16/12 | M | | |
| 37. WATTS WATER TECH (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 38. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 39. VANGUARD IRA #4 | D | Dividend | N | T | | | | | |
| 40. - I SHARES MSCI JAPAN | | | | | | | | | |
| 41. -LEUCADIA NATIONAL CORP (COMMON STOCK) | | | | | | | | | |
| 42. - ABB LTD ( COMMON STOCK) | | | | | Buy | 06/26/12 | K | | |
| 43. - ABB LTD (COMMON STOCK) | | | | | Distributed (part) | 12/05/12 | K | | |
| 44. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 45. -VANGUARD MONEY MARKET | | | | | | | | | |
| 46. - GENERAL ELECTRIC CO (COMMON STOCK) | | | | | | | | | |
| 47. - INTEL CORP (COMMON STOCK) | | | | | Sold | 03/02/12 | L | E | |
| 48. - NY TIMES CO (COMMON STOCK) | | | | | | | | | |
| 49. - CAPITAL TRUST INC (COMMON STOCK) | | | | | | | | | |
| 50. - DOW CHEMICAL BOND DUE 05/15/14 | | | | | Redeemed (part) | 12/17/12 | K | A | |
| 51. VANGUARD IRA - #1 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - VANGUARD HIGH YIELD CORP FUND | | | | | | | | | |
| 53. - BANK OF AMERICA (COMMON STOCK) | | | | | | | | | |
| 54. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 55. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 56. - I-SHARES PREFERRED STOCK INDEX | | | | | | | | | |
| 57. - THIRD AVE FOCUSED CREDIT FUND | | | | | | | | | |
| 58. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 59. - MORGAN STANLEY SENIOR NOTES | | | | | | | | | |
| 60. - VANGUARD MONEY MARKET | | | | | | | | | |
| 61. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 62. VANGUARD IRA #2 | D | Dividend | N | T | | | | | |
| 63. -VANGUARD MONEY MARKET | | | | | | | | | |
| 64. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | | | | | |
| 65. - DEUTCHE TELECOM (COMMON STOCK) | | | | | | | | | |
| 66. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 67. - VALLEY NATIONAL BANK (COMMON STOCK) | | | | | | | | | |
| 68. -LUMINENT (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - INTEL (COMMON STOCK) | | | | | Sold | 03/02/12 | K | E | |
| 70. - N Y TIMES (COMMON STOCK) | | | | | | | | | |
| 71. VANGUARD IRA # 3 | D | Dividend | N | T | | | | | |
| 72. - VANGUARD MONEY MARKET | | | | | | | | | |
| 73. - I SHARES S&P PREFERRED STOCK INDEX FUND | | | | | | | | | |
| 74. - ROYAL DUTCH SHELL (COMMON STOCK) | | | | | Distributed | 04/11/12 | K | | |
| 75. - THIRD AVE FOCUS CREDIT FUND | | | | | | | | | |
| 76. - CONOCO PHILLIPS (COMMON STOCK) | | | | | Buy | 04/16/12 | L | | |
| 77. - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | | | | | |
| 78. - INTEL CORP (COMMON STOCK) | | | | | Sold | 03/02/12 | L | E | |
| 79. - PHILLIPS 66 (COMMON STOCK) | | | | | Spinoff (from line 76) | 04/30/12 | K | | |
| 80. TD WATERHOUSE IRA #1 (CASH) | A | Dividend | J | T | | | | | |
| 81. TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 82. -SPEC SITUATION LIFE SCIENCES FUND | | | | | | | | | |
| 83. WELLS FARGO IRA | A | Dividend | J | T | | | | | |
| 84. - MONEY MARKET | | | | | | | | | |
| 85. - KAISER ALUMINUM (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 | | | | | | | | | |
| 87. VANGUARD IRA #5 | A | Dividend | M | T | | | | | |
| 88. - VANGUARD MONEY MARKET | | | | | | | | | |
| 89. - DOW CHEMICAL (COMMON STOCK) | | | | | Buy | 10/03/12 | L | | |
| 90. VANGUARD IRA #6 | A | Dividend | J | T | | | | | |
| 91. - VANGUARD DIVIDEND GROWTH FUND | | | | | Buy | 09/12/12 | J | | |
| 92. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 93. ING LIFE INS | C | Dividend | M | T | | | | | |
| 94. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 95. US BONDS | C | Interest | M | T | | | | | |
| 96. J.J. GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 97. VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNT    NOT SHOWN;  DISTRIBUTIONS IN KIND REPORTED ON LINES 15 AND 20 AND 74 AND 43

3) VIRGINIA RETIREMENT SYSTEM LINE #97 - THIS ACCOUNT HAS BEEN OPEN SINCE 2006. IT WAS INADVERTANTLY OMMITTED FROM THE REPORT IN PRIOR YEARS. THE CODING WOULD HAVE BEEN THE SAME FOR EARLIER YEARS.

4) VANGUARD IRA #5 LINE 87 - ON THE 2011 REPORT (AND PRIOR YEARS) THIS ACCOUNT (THEN CASH ONLY) WAS INCLUDED ON LINE 63, VANGUARD  MONEY MARKET, AS PART OF VANGUARD IRA #2, LINE 62. IN 2012 THIS IRA PURCHASED DOW CHEMICAL (COMMON STOCK) SO IT IS NOW LISTED SEPARATELY.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544